IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00607-KLM

WILLIAM SCOTT DAVIS,

    Plaintiff,

v.

APOLLO MECHANICAL,

    Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Protective Order** [#23] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#23] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#23-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated:  October 5, 2015