IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00607-WYD-KLM

WILLIAM SCOTT DAVIS,

    Plaintiff,

v.

APOLLO MECHANICAL,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Conduct Videotaped Deposition of William Scott Davis in Court** [#44][1] (the "Motion"). Pursuant to the Court's Discovery Hearing Procedures (the "Procedures"), a "dispute about taking a deposition" is governed by Step 2.A. of the Procedures and requires the parties to email the Court at Mix_Chambers@cod.uscourts.gov. *See* [#15] at 3. The Motion violates the Court's requirement and, as noted in the Court's Procedures, "[f]iling a dispute discovery motion without permission from the court *will* result in the motion being stricken . . . ." *Id.* at 5. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#44] is **STRICKEN**.

    Dated:  December 23, 2015

---

[1] "[#44]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.