IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00607-WYD-KLM

WILLIAM SCOTT DAVIS,

    Plaintiff,

v.

APOLLO MECHANICAL,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion to Amend Scheduling Order** [#49][1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#49] is **GRANTED**. The Scheduling Order is amended to extend: (1) the **Discovery Deadline** to **February 7, 2016**, for the limited purpose of deposing Plaintiff, and (2) the **Dispositive Motions Deadline** to **March 7, 2016**.

Dated: December 30, 2015

---

[1] "[#49]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.