# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00607-WYD-KLM

WILLIAM SCOTT DAVIS,

    Plaintiff,

v.

APOLLO MECHANICAL,

    Defendant.

---

## ORDER DISMISSING CLAIM WITH PREJUDICE

---

THIS MATTER comes before the Court on the parties' Stipulation of Dismissal of Plaintiff' Rehabilitation Act Claim (ECF No. 56).  After a careful review of this matter, I find that the stipulation be approved pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, Plaintiff's Rehabilitation Act claim is **DISMISSED WITH PREJUDICE**, with each party to bear her or its own attorney fees and costs.

    Dated:  February 11, 2016

                                                  BY THE COURT:

                                                  s/ Wiley Y. Daniel
                                                  Wiley Y. Daniel
                                                  Senior United States District Judge