IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00607-WYD-KLM

WILLIAM SCOTT DAVIS,

    Plaintiff,

v.

APOLLO MECHANICAL,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Second Stipulated Motion to Amend Scheduling Order and for Telephonic Conference** [#58] (the "Motion"). The parties request that the Court extend the discovery deadline for the limited purpose of conducting Plaintiff's deposition, and extend the dispositive motions deadline. In addition, the parties request that the Court set a telephonic conference "for the purposes of rescheduling the Final Pretrial Conference." *Id.* at 2. Accordingly,

IT IS HEREBY **ORDERED** that the Scheduling Order is amended to extend: (1) the **Discovery Deadline** to **April 29, 2016**, for the limited purpose of deposing Plaintiff, and (2) the **Dispositive Motions Deadline** to **May 27, 2016**.

IT IS FURTHER **ORDERED** that the request to schedule a telephonic conference is **GRANTED**. The parties shall call the Court on a mutually convenient date and time to reset the Final Pretrial Conference. The Final Pretrial Conference currently set for June 16, 2016 is **VACATED**.

Dated: March 9, 2016